FILED
SUPERIOR COURT
OF GUAM
2019 MAY 29 AM 10: 12
CLERK OF COURT
By:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ROBERT C. NAUTA,<br><br>                Plaintiff,<br><br>vs.<br><br>LAURIE P. NAUTA<br><br>                Defendant. | Case No. DM0417-17<br><br>**DECISION AND ORDER** |

This matter is before the Honorable Michael J. Bordallo. Plaintiff Robert C. Nauta ("Plaintiff") is represented by Daniel S. Somerfleck, Esq. of Somerfleck & Associates, PLLC. Defendant Laurie P. Nauta ("Defendant") is represented by John R.B. Bell, Esq. of The Law Office of John Richard Bordallo Bell. On Dec. 26, 2018, Defendant filed a Motion to Compel Discovery and Motion for Expenses and Sanctions ("Motions"). However, before the Court issued a decision on the Motions, the parties resolved their dispute in a mediation agreement, and they executed a Stipulated Interlocutory Judgment of Divorce on May 15, 2019. The Court signed the Stipulated Interlocutory Judgment of Divorce and a Final Decree of Divorce on May 15, 2019. The matter is entirely resolved, so the Court hereby finds the Motions to be MOOT.

SO ORDERED, this _25_ day of _May_ _2019._

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of:

_SOMERFLECK_

_J. BELL_

Date: _5/29/19_ Time: _11 Am_

_____
Deputy Clerk, Superior Court of Guam

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

Page 1 of 1